E-Filed — JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:13-cv-00864-UA | Date | July 2, 2013 |
| Title | Michael S. Ross v. The United States of America, at al. | | |

| Present: The Honorable | **GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE** |
|---|---|

| Beatrice Herrera | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order of Dismissal (In Chambers)**

On May 6, 2013, the Court received from Plaintiff Michael S. Ross a complaint, civil cover sheet, and payment in the amount of $350. This material was mailed to the Court, postmarked May 2, 2013. However, beginning May 1, 2013, cases filed in district court are subject to both the $350 filing fee and a new administrative fee of $50, bringing the total fee due upon initiating such a case to $400. On May 9, the Court sent a warning letter to Plaintiff advising that failure to pay the additional $50 administrative fee within 30 days of the warning letter might result in dismissal of his action. More than 30 days have now passed, and Plaintiff has not corrected the deficiency. Accordingly, this case is hereby ORDERED DISMISSED. The $350 fee previously submitted by Plaintiff is hereby ORDERED REFUNDED.

**IT IS SO ORDERED.**

|  | -- : -- |
|---|---|
|  | Initials of Preparer   Bea |